# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

3-9-06  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00441JMS-BMK |
| CASE NAME: | Jeannette Miller v. Maui Ocean Activities |
| ATTYS FOR PLA: | Howard McPherson |
| ATTYS FOR DEFT: | John O'Kane, Mark S. Hamilton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 3-9-06 | TIME: | 9:15 - 9:25 |

COURT ACTION:  EP: Rescheduling Conference held.  Court to prepare an amended scheduling order.  Parties to sign Consent to Proceed to Trial Before a United States Magistrate Judge.  Parties to sign a stipulation waiving conflict of Magistrate Judge Barry M. Kurren having previously conducted a settlement conference in this case.

1.   Non-jury trial on October 17, 2006 at 9:00 a.m. before BMK
2.   Final Pretrial Conference on September 7, 2006 at 9:00 a.m. before BMK
3.
4.   Final Pretrial Statement by August 31, 2006
5.
6.
7.   File Dispositive Motions by May 17, 2006
8a.  File Motions in Limine by September 26, 2006
8b.  File opposition memo to a Motion in Limine by October 3, 2006
11a.
11b.
12.  Discovery deadline August 17, 2006
13.  Settlement Conference set for July 31, 2006 at 10:00 a.m. before LEK
14.  Settlement Conference statements by July 24, 2006
20.
21.  File Final witness list by September 26, 2006
24.  Exchange Exhibit and Demonstrative aids by September 19, 2006
25.  Stipulations re: Authenticity/Admissibility of Proposed Exhibits by September 26, 2006

26. File objections to the Exhibits by October 3, 2006
28a. File Deposition Excerpt Designations by September 26, 2006
28b. File Deposition Counter Designations and Objections by October 3, 2006
29. File Trial Brief by October 3, 2006
30. File Findings of Fact & Conclusions of Law by October 3, 2006

cc: Tammy Kimura

Submitted by Richlyn Young, Courtroom Manager