ORIGINAL

Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS

PATRICK F. McTERNAN      4269-0
HOWARD G. McPHERSON   5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

Attorneys for Plaintiff
JEANNETTE MILLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 1 4 2006

at 10 o'clock and 10 min. A M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>  Plaintiff,<br><br>vs.<br><br>MAUI OCEAN ACTIVITIES, INC.,<br>THEODORE C. KING, BETH D.<br>KING, in personam, and MOA<br>VESSEL, in rem,<br><br>  Defendants. | CIVIL NO. 04-00441 JMS-BMK<br>(In Admiralty)<br><br>STIPULATION TO PROCEED<br>BEFORE MAGISTRATE JUDGE<br><br><br><br><br><br>Trial: October 17, 2006 |

STIPULATION TO PROCEED BEFORE MAGISTRATE JUDGE

The parties hereto, through their undersigned counsel of record, hereby

stipulate to proceed for all trial and pretrial matters, except settlement, before the

Honorable Barry M. Kurren, United States Magistrate Judge, despite the fact that Judge Kurren has previously presided over settlement conferences in this case. In the event further settlement conferences are thought desirable, the parties will request a conference with another Magistrate Judge of this Court.

DATED: Honolulu, Hawaii, MAR 1 4 2006.

SO STIPULATED:

_____
PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff
JEANNETTE MILLER

_____
JOHN O'KANE, JR.
MARK S. HAMILTON
Attorney for Defendants MAUI OCEAN
ACTIVITIES, INC., THEODORE C. KING,
BETH D. KING, and MOA VESSEL

---

JEANNETTE MILLER vs. MAUI OCEAN ACTIVITIES, INC.;
CIVIL NO. 04-00441 JMS-BMK; STIPULATION TO PROCEED BEFORE
MAGISTRATE JUDGE

2