ORIGINAL

Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS

PATRICK F. McTERNAN      4269-0
HOWARD G. McPHERSON   5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

Attorneys for Plaintiff
JEANNETTE MILLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 0 6 2006

at ___ o'clock and ___ min. __M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER, | CIVIL NO. 04-00441 JMS-BMK |
|  | (In Admiralty) |
| Plaintiff, |  |
|  | PLAINTIFF'S FIRST AMENDED |
| vs. | DISCLOSURE OF EXPERTS; |
|  | CERTIFICATE OF SERVICE |
| MAUI OCEAN ACTIVITIES, INC., |  |
| THEODORE C. KING, BETH D. |  |
| KING, in personam, and MOA |  |
| VESSEL, in rem, |  |
|  | Trial: October 17, 2006 |
| Defendants. | Judge: Hon. Barry M. Kurren |

PLAINTIFF'S FIRST AMENDED DISCLOSURE OF EXPERTS

Pursuant to Federal Rule of Civil Procedure 26(a)(2) and the Amended Rule

16 Scheduling Order entered herein June 14, 2005, Plaintiff Jeannette Miller hereby

discloses the identity and written report(s), as applicable, of any person who may be used at trial to present expert evidence under Rule 702, 703, or 705 of the Federal Rules of Evidence.

1.  Frank Cervantes, D.D.S.
    Granite Dental Care
    Douglas Blvd., Suite 110
    Granite Bay, CA 95746

    No report required.

2.  Norman Lee Melnikoff, M.D.
    UC Davis Medical Center
    2315 Stockton Blvd.
    Sacramento, CA 95817

    No report required.

3.  William Jornlin, M.D.
    UC Davis Medical Center
    2315 Stockton Blvd.
    Sacramento, CA 95817

    No report required.

4.  Peter Woollett, M.D.
    Kona Community Hospital
    79-1019 Haukapila Street
    Kealakekua, HI 96750

    No report required.

5.  **Mark H. Holt, D.D.S., M.S.**
    **1421 Secret Ravine Parkway, #121**
    **Roseville, CA 95661**

    **No report required.**

Plaintiff reserves the right to supplement this disclosure as discovery and/or investigation continues.

Plaintiff reserves the right to call any expert witnesses identified in Defendants' disclosures.

DATED: Honolulu, Hawaii, June 6, 2006.

                        PATRICK F. McTERNAN
                        HOWARD G. McPHERSON
                        Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER, | ) CIVIL NO. 04-00441 JMS-BMK |
| | ) (In Admiralty) |
| Plaintiff, | ) |
| | ) CERTIFICATE OF SERVICE |
| vs. | ) |
| | ) |
| MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, in personam, and MOA VESSEL, in rem, | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon filing, a true and correct copy of the foregoing document will be duly served by means of U. S. Mail, first class postage prepaid, to the following:

JOHN O'KANE, ESQ.
MARK S. HAMILTON, ESQ.
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, HI 96813

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

DATED: Honolulu, Hawaii, June 6, 2006.

PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff

2