JOHN O'KANE, JR.      4280-0
MARK S. HAMILTON   7768-0

FRAME FORMBY & O'KANE
Attorneys at Law, A Law Corporation
Four Waterfront Plaza, Suite 575
500 Ala Moana Blvd., Honolulu, Hawaii  96813
Telephone:  (808) 545-3043
Facsimile: (808) 545-3065
E-mail: FFOMaritime@aol.com

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC. ("MOA"),
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 13 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| JEANNETTE MILLER, Plaintiff, vs. MAUI OCEAN ACTIVITIES, INC. ("MOA"), THEODORE C. KING, BETH D. KING, *In Personam* and MOA VESSEL, *In Rem*, Defendants. | CIVIL NO. 04-00441 BMK (Admiralty) CERTIFICATE OF SERVICE (RE: DEFENDANTS' NOTICE OF TAKING VIDEOTAPED DEPOSITIONS UPON ORAL EXAMINATION) June 27, 2006:  Jeff Watson                          Jesse Kunewa June 28, 2006:  Doug Rideout                          Patrick Shand Trial Date: 10/17/06 |
|---|---|

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of DEFENDANTS' NOTICE OF TAKING VIDEOTAPED DEPOSITIONS UPON ORAL EXAMINATION [JEFFY WATSON, JESSE KUNEWA, DOUGLAS RIDEOUT AND PATRICK SHAND] was hand-delivered to the following parties at the address given below on this 13th day of June, 2006

PATRICK F. McTERNAN, ESQ.
HOWARD G. McPHERSON, ESQ.
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff
JEANNETTE MILLER

DATED: Honolulu, Hawaii; June 13, 2006.

FRAME FORMBY & O'KANE

JOHN O'KANE, JR.
MARK S. HAMILTON
Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D.
KING, and MOA VESSEL