**ORIGINAL**

Of Counsel:
CRONIN, FRIED, SEKIYA,
 KEKINA & FAIRBANKS

PATRICK F. McTERNAN        4269-0
HOWARD G. McPHERSON    5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 1 4 2006

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

Attorneys for Plaintiff
JEANNETTE MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, <u>in personam</u>, and MOA VESSEL, <u>in rem</u>,<br><br>　　　　Defendants. | ) CIVIL NO. 04-00441 BMK<br>) (In Admiralty)<br>)<br>) CERTIFICATE OF SERVICE [RE:<br>) PLAINTIFF'S SECOND AMENDED<br>) NOTICE OF TAKING<br>) DEPOSITION UPON ORAL<br>) EXAMINATION - DOUGLAS<br>) RIDEOUT]<br>)<br>) Trial: October 17, 2006<br>) Judge: Hon. Barry M. Kurren<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of *PLAINTIFF'S SECOND AMENDED NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION* (DOUGLAS RIDEOUT) was duly served by means of U. S. Mail, first class postage prepaid, to the following:

JOHN O'KANE, ESQ.
MARK S. HAMILTON, ESQ.
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, HI 96813

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

DATED: Honolulu, Hawaii, June 14, 2006.

PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff