JOHN O'KANE, JR.     4280-0
MARK S. HAMILTON    7768-0

FRAME FORMBY & O'KANE
Attorneys at Law, A Law Corporation
Four Waterfront Plaza, 500 Ala Moana Blvd., Ste. 575
Honolulu, Hawaii 96813
Telephone: (808) 545-3043, Facsimile: (808) 545-3065
E-mail: FFOMaritime@aol.com

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC. ("MOA"),
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

JUN 23 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>Plaintiff,<br><br>vs.<br><br>MAUI OCEAN ACTIVITIES, INC. ("MOA"), THEODORE C. KING, BETH D. KING, *In Personam* and MOA VESSEL, *In Rem*,<br><br>Defendants. | CIVIL NO. 04-00441 BMK<br>(Admiralty)<br><br>CERTIFICATE OF SERVICE (RE: DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF JEANNETTE MILLER)<br><br>Trial Date: May 23, 2005<br>Judge: Hon. J. Michael Seabright |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND FOR THE PRODUCTION OF DOCUMENTS AND THINGS TO PLAINTIFF JEANNETTE MILLER was mailed to the following parties at the address given below on this 23rd day of June, 2006.

PATRICK F. McTERNAN, ESQ.
HOWARD G. McPHERSON, ESQ.
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff
JEANNETTE MILLER

DATED: Honolulu, Hawaii; June 23, 2006.

FRAME FORMBY & O'KANE

_____
JOHN O'KANE, JR.
MARK S. HAMILTON
Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D. KING,
and MOA VESSEL