JOHN O'KANE, JR.          4280-0
MARK S. HAMILTON          7768-0

FRAME FORMBY & O'KANE
Attorneys at Law, A Law Corporation
Four Waterfront Plaza,
500 Ala Moana Blvd., Ste. 575
Honolulu, Hawaii  96813
Telephone:  (808) 545-3043
Facsimile: (808) 545-3065
E-mail: FFOMaritime@aol.com

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC. ("MOA"),
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNETTE MILLER | ) | CIVIL NO. 04-00441 BMK |
| | ) | (Admiralty) |
| Plaintiff, | ) | |
| | ) | **CERTIFICATE OF SERVICE RE:** |
| vs. | ) | |
| | ) | DEFENDANTS MAUI OCEAN |
| MAUI OCEAN ACTIVITIES, INC. | ) | ACTIVITIES, INC., THEODORE C. |
| ("MOA"), THEODORE C. KING, | ) | KING, BETH D. KING, AND MOA |
| BETH D. KING, *In Personam* and | ) | VESSEL'S RESPONSE TO |
| MOA VESSEL, *In Rem*, | ) | PLAINTIFF'S FIRST REQUEST |
| | ) | FOR PRODUCTION OF |
| Defendants. | ) | DOCUMENTS |
| | ) | |
| | ) | Trial Date: October 17, 2006 |
| _____ | ) | Judge: Hon. Barry M. Kurren |

<u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on the **3**rd day of **July**, **2006** a true and correct copy of the DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was served as indicated on the following at the address set out below:

| Mailed | Hand-Delivered | |
|--------|----------------|---|
| XX | | PATRICK F. McTERNAN, ESQ.<br>HOWARD G. McPHERSON, ESQ.<br>841 Bishop St., Suite 600<br>Honolulu, HI 96813<br><br>Attorneys for Plaintiff |
| XX | | KEITH K. HIRAOKA<br>RHONDA L. CHING<br>Roeca, Louie & Hiraoka<br>841 Bishop St., Suite 900<br>Honolulu, HI 96813<br><br>Attorneys for Third-Party Defendant<br>HAWAI'I EMPLOYERS' MUT. INS. CO., INC. |

FRAME FORMBY & O'KANE

By _____/s/_____
MARK S. HAMILTON
Attorney for Defendants
MAUI OCEAN ACTIVITIES, INC. ("MOA"), THEODORE C. KING, BETH D. KING, and MOA VESSEL