JOHN O'KANE, JR.      4280-0
MARK S. HAMILTON   7768-0

FRAME FORMBY & O'KANE
Attorneys at Law, A Law Corporation
Four Waterfront Plaza
500 Ala Moana Blvd. , Ste. 575
Honolulu, Hawaii  96813
Telephone:  (808) 545-3043
Facsimile: (808) 545-3065
E-mail: FFOMaritime@aol.com

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC. ("MOA"),
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNETTE MILLER | ) | CIVIL NO. 04-00441 BMK |
| | ) | (Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE (RE: |
| vs. | ) | DEFENDANTS MAUI OCEAN |
| | ) | ACTIVITIES, INC., THEODORE C. |
| MAUI OCEAN ACTIVITIES, INC. | ) | KING, BETH D. KING, AND MOA |
| ("MOA"), THEODORE C. KING, | ) | VESSEL'S RESPONSE TO |
| BETH D. KING, *In Personam* and | ) | PLAINTIFF'S SECOND REQUEST |
| MOA VESSEL, *In Rem*, | ) | FOR PRODUCTION OF |
| | ) | DOCUMENTS) |
| Defendants. | ) | |
| | ) | |
| | ) | Trial Date: October 17, 2006 |
| _____ | ) | |

CERTIFICATE OF SERVOCE

I HEREBY CERTIFY that a true and correct copy of DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S RESPONSE TO PLAINTIFF'S FIRST REQUEST FOR PRODUCTION OF DOCUMENTS was hand delivered to the following party at the address indicated below on this 31st day of July, 2006:

>PATRICK F. McTERNAN, ESQ.
>HOWARD G. McPHERSON, ESQ.
>600 Davies Pacific Center
>841 Bishop Street
>Honolulu, Hawaii 96813
>
>Attorneys for Plaintiff
>JEANNETTE MILLER

DATED: Honolulu, Hawaii; July 31, 2006.

>FRAME FORMBY & O'KANE
>
>/s/ MARK S. HAMILTON
>_____
>JOHN O'KANE, JR.
>MARK S. HAMILTON
>Attorneys for Defendants
>MAUI OCEAN ACTIVITIES, INC.,
>THEODORE C. KING, BETH D.
>KING, and MOA VESSEL