# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

07/31/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00441BMK |
| CASE NAME: | Jeannette Miller vs. Maui Ocean Activities |
| ATTYS FOR PLA: | Patrick F. McTernan<br>Howard G. McPherson |
| ATTYS FOR DEFT: | John O'Kane<br>Mark S. Hamilton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 07/31/2006 | TIME: | 1:30-3:30 |

COURT ACTION:  EP: Settlement Conference held.

Submitted by: Warren N. Nakamura, Courtroom Manager