**ORIGINAL**

Of Counsel:
CRONIN, FRIED, SEKIYA,
 KEKINA & FAIRBANKS

PATRICK F. McTERNAN      4269-0
HOWARD G. McPHERSON   5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

Attorneys for Plaintiff
JEANNETTE MILLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 0 7 2006

at 10 o'clock and 40 min. A.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>    Plaintiff,<br><br>vs.<br><br>MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, in personam, and MOA VESSEL, in rem,<br><br>    Defendants. | CIVIL NO. 04-00441 BMK<br>(In Admiralty)<br><br>CERTIFICATE OF SERVICE [RE: PLAINTIFF'S RESPONSE TO DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND FOR THE PRODUCTION OF DOCUMENTS AND THINGS]<br><br>Trial: October 17, 2006<br>Judge: Hon. Barry M. Kurren |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of *PLAINTIFF'S RESPONSE TO DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S FIRST REQUEST FOR ANSWERS TO INTERROGATORIES AND FOR THE PRODUCTION OF DOCUMENTS AND THINGS* was duly served by means of hand-delivery, to the following:

JOHN O'KANE, ESQ.
MARK S. HAMILTON, ESQ.
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, HI 96813

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

DATED: Honolulu, Hawaii, August 7, 2006.

PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff