**ORIGINAL**

Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS

PATRICK F. McTERNAN          4269-0
HOWARD G. McPHERSON     5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile:  (808) 536-2073
E-mail:  cfskf@croninfried.com

Attorneys for Plaintiff
JEANNETTE MILLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 1 1 2006

at ___ o'clock and ___ min ___ M
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>                Plaintiff,<br><br>        vs.<br><br>MAUI OCEAN ACTIVITIES, INC.,<br>THEODORE C. KING, BETH D.<br>KING, in personam, and MOA<br>VESSEL, in rem,<br><br>                Defendants. | ) CIVIL NO. 04-00441 BMK<br>) (In Admiralty)<br>)<br>) CERTIFICATE OF SERVICE [RE:<br>) NOTICE OF TAKING<br>) DEPOSITION UPON ORAL<br>) EXAMINATION – TED KING]<br>)<br>)<br>) Trial:  October 17, 2006<br>) Judge:  Hon. Barry M. Kurren<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy of *NOTICE OF TAKING DEPOSITION UPON ORAL EXAMINATION - TED KING* was duly served by means of hand-delivery to the following:

JOHN O'KANE, ESQ.
MARK S. HAMILTON, ESQ.
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, HI 96813

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

DATED: Honolulu, Hawaii, August 11, 2006.

PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff