# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

08/14/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00441BMK |
| CASE NAME: | Jeanette Miller vs. Maui Ocean Activities |
| ATTYS FOR PLA: | Patrick F. McTernan<br>Howard G. McPherson |
| ATTYS FOR DEFT: | John O'Kane<br>Mark S. Hamilton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 08/14/2006 | TIME: | 10:00-12:00 |

COURT ACTION:  EP: Further Settlement Conference held.

Status Conference Re: Settlement set for 9:30 9/1/06 before Magistrate Judge Leslie E. Kobayashi.

Submitted by: Warren N. Nakamura, Courtroom Manager