# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/01/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00441BMK |
| CASE NAME: | Jeannette Miller vs. Maui Ocean Activities |
| ATTYS FOR PLA: | Howard G. McPherson |
| ATTYS FOR DEFT: | John O'Kane, Jr. <br> Mark S. Hamilton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | Courtroom 7-No Record |
| DATE: | 09/01/2006 | TIME: | 9:35-9:55 |

COURT ACTION:  EP: Status Conference Re: Settlement held.

Submitted by: Warren N. Nakamura, Courtroom Manager