# ORIGINAL

Of Counsel:
CRONIN, FRIED, SEKIYA,
 KEKINA & FAIRBANKS

PATRICK F. McTERNAN    4269-0
HOWARD G. McPHERSON    5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

Attorneys for Plaintiff
JEANNETTE MILLER

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER, ) | CIVIL NO. 04-00441 BMK |
| ) | (In Admiralty) |
| Plaintiff, ) | |
| ) | PLAINTIFF'S PRETRIAL |
| vs. ) | STATEMENT; CERTIFICATE OF |
| ) | SERVICE |
| MAUI OCEAN ACTIVITIES, INC., ) | |
| THEODORE C. KING, BETH D. ) | |
| KING, in personam, and MOA ) | |
| VESSEL, in rem, ) | |
| ) | Trial: October 17, 2006 |
| Defendants. ) | Judge: Hon. Barry M. Kurren |

## PLAINTIFF'S PRETRIAL STATEMENT

I.   PARTY

This Pretrial Statement is submitted on behalf of Plaintiff Jeannette Miller who is presently 23 years old. She was 20 at the time of the subject injury.

II.   JURISDICTION AND VENUE

This is an admiralty and maritime claim within the meaning of Rule 9(h) of the Federal Rules of Civil Procedure. The Court has subject matter jurisdiction pursuant to 28 U.S.C. 1333. Venue is properly laid in this district in admiralty, in that Defendants are doing business here. Jurisdiction and venue are not disputed.

III.   SUBSTANCE OF ACTION

Plaintiff seeks damages under maritime law for personal injuries she sustained in a work-related accident on August 27, 2003. Defendants contend her maritime claims are barred by the exclusivity provisions of the Hawaii Workers Compensation Act.

IV.   UNDISPUTED FACTS

Plaintiff fell and was injured on the Kailua-Kona boat launching ramp in the course and scope of her employment.

V.   DISPUTED FACTUAL ISSUES

All other material facts are disputed.

VI. <u>RELIEF PRAYED</u>

Plaintiff seeks recovery for: (1) past and future medical expenses, which in the latest compilation total approximately $15,650, (2) past economic loss (5-6 weeks off work) and impaired earning capacity, (3) past and future pain and suffering, (4) costs of suit, and (5) prejudgment interest in admiralty.

VII. <u>POINTS OF LAW</u>

Plaintiff asserts (and Defendants oppose) application of a principle of admiralty law settled in the Fifth Circuit, rejected in the Eleventh Circuit, and not yet directly addressed in the Ninth Circuit.

Plaintiff's principal case is <u>Green v. Vermillion Corp.</u>, 144 F.3d 332 (5th Cir. 1998). The court held an employee not covered by either the Jones Act or the LHWCA could recover in negligence against his employer, despite state worker's compensation exclusivity:

> An action for negligence has long been a vestige of general maritime law . . . Fidelity to the Supreme Court's and our own precedent requires that ***we hold that the exclusive remedy provision of the*** Louisiana ***Workers Compensation Act does not preclude*** Green from asserting ***his general maritime negligence claim*** against Vermillion for the non-fatal injuries he sustained during the course of his employment while upon navigable waters.

<u>Green</u>, 144 F.3d at 341 (emphasis added).

## VIII. PREVIOUS MOTIONS

1. Plaintiff's Motion for Leave to File First Amended Complaint, filed April 14, 2005 – granted June 16, 2005.

2. Third-Party Defendant Hawaii Employers' Mutual Insurance Co., Inc.'s Motion to Dismiss Third-Party Complaint, filed August 15, 2005 – Stipulation to Dismiss without prejudice filed October 12, 2005.

3. Plaintiff's Motion for Leave to File Second Amended Complaint, filed August 25, 2005 –granted October 12, 2005.

4. Defendants' Motion to Continue Trial, filed December 5, 2005 – withdrawn December 14, 2005.

## IX. WITNESSES

| Non-Expert Witnesses | Anticipated Testimony |
|---|---|
| 1. Jeannette Miller<br>c/o Cronin Fried Sekiya Kekina & Fairbanks<br>841 Bishop Street, Suite 600<br>Honolulu, HI 96813 | Plaintiff; will testify regarding liability and damages, and other relevant matters. |
| 2. Theodore C. King<br>c/o Frame Formby & O'Kane<br>Four Waterfront Plaza<br>500 Ala Moana Blvd., Suite 575<br>Honolulu, HI 96813 | Defendant; will testify regarding liability and damages, and other relevant matters. |

| | | |
|---|---|---|
| 3. | Beth D. King<br>c/o Frame Formby & O'Kane<br>Four Waterfront Plaza<br>500 Ala Moana Blvd., Suite 575<br>Honolulu, HI 96813 | Defendant; will testify regarding liability and damages, and other relevant matters. |
| 4. | Jesse Kunewa<br>c/o Frame Formby & O'Kane<br>Four Waterfront Plaza<br>500 Ala Moana Blvd., Suite 575<br>Honolulu, HI 96813 | Co-worker; will testify regarding liability and damages, and other relevant matters. |
| 5. | Douglas Rideout<br>c/o Frame Formby & O'Kane<br>Four Waterfront Plaza<br>500 Ala Moana Blvd., Suite 575<br>Honolulu, HI 96813 | Co-worker and eyewitness; will testify regarding liability and damages, and other relevant matters. |
| 6. | Patrick Shand<br>74-5105 Kunakani Street<br>Kailua-Kona, HI 96740 | Co-worker; will testify regarding liability and damages, and other relevant matters. |
| 7. | Jeffrey Watson<br>75-5812 Melelina Street<br>Kailua-Kona, HI 96740 | Co-worker; will testify regarding liability and damages, and other relevant matters. |
| 8. | Michael Marchetti<br>HCR 2, Box 6646<br>Keaau, HI 96749 | Co-worker; will testify regarding liability and damages, and other relevant matters. |
| 9. | Dana Davis<br>75-6009 Alii Drive, Apt. 52<br>Kailua-Kona, HI 96740 | Co-worker; will testify regarding liability and damages, and other relevant matters. |

- 6 -

| Expert Witnesses | Anticipated Testimony |
|---|---|
| 1. Peter Woollett, M.D.<br>Kona Community Hospital<br>79-1019 Haukapila Street<br>Kealakekua, HI 96750 | Plaintiff's physician; will testify as to his personal and professional background, training and experience; and on liability and damages and other relevant matters. |
| 2. William Jornlin, M.D.<br>UC Davis Medical Center<br>2315 Stockton Blvd.<br>Sacramento, CA 95817 | Plaintiff's physician; will testify as to his personal and professional background, training and experience; and on liability and damages and other relevant matters. |
| 3. Norman Lee Melnikoff, M.D.<br>UC Davis Medical Center<br>2315 Stockton Blvd.<br>Sacramento, CA 95817 | Plaintiff's physician; will testify as to his personal and professional background, training and experience; and on liability and damages and other relevant matters. |
| 4. Frank Cervantes, D.D.S.<br>Granite Dental Care<br>Douglas Blvd., Suite 110<br>Granite Bay, CA 95746 | Plaintiff's dentist; will testify as to his personal and professional background, training and experience; and on liability and damages and other relevant matters. |
| 5. Mark H. Holt, D.D.S., M.S.<br>1421 Secret Ravine Parkway, #121<br>Roseville, CA 95661 | Plaintiff's orthodontist; will testify as to his personal and professional background, training and experience; and on liability and damages and other relevant matters. |

Plaintiff reserves the right to call any and all witnesses identified by Defendants in their Pretrial Statement or other pleadings. Plaintiff further reserves the right to call impeachment/rebuttal witnesses and witnesses identified through further investigation or discovery, as appropriate.

X.  EXHIBITS, SCHEDULES AND SUMMARIES

It is anticipated that all exhibits will be stipulated into evidence. Sponsoring witnesses are identified here only in the event it becomes necessary to have a witness identify and or authenticate the specific records in question.

|    | EXHIBIT | RELEVANCE | SPONSORING WITNESSES |
|----|---------|-----------|----------------------|
| 1. | Video footage and Accident Statement of Douglas Rideout | Liability and damages | Douglas Rideout |
| 2. | Medical records and bills of Kona Community Hospital | Liability and damages | Dr. Woollett and/or Custodian of Records |
| 3. | Medical records and bills of U.C. Davis Medical Center | Liability and damages | Dr. Melnikoff or Dr. Jornlin and/or Custodian of Records |
| 4. | Medical records and bills of Granite Dental Care | Liability and damages | Dr. Cervantes and/or Custodian of Records |
| 5. | Medical records and bills of Mark H. Holt, D.D.S. | Liability and damages | Dr. Holt and/or Custodian of Records |

Plaintiff reserves the right to introduce as exhibits transcripts and/or exhibits from all depositions taken in this matter not already listed above.

Plaintiff reserves the right to introduce as exhibits pleadings or discovery documents not already listed above.

Plaintiff reserves the right to introduce other portions of the above-mentioned exhibits as separate exhibits.

XI. FURTHER DISCOVERY OR MOTIONS

Two depositions remain to be taken.

XII. STIPULATIONS

Exhibits should be admitted by stipulation.

XIII. AMENDMENTS, DISMISSALS

None at this time.

XIV. SETTLEMENT DISCUSSIONS

Discussions appear to have reached impasse.

XV. AGREED STATEMENT

A statement on the date and place of the subject accident appears feasible.

XVI. BIFURCATION, SEPARATE TRIAL OF ISSUES

Not requested.

XVII. REFERENCE TO MASTER OR MAGISTRATE JUDGE

N/A.

XVIII. APPOINTMENT AND LIMITATION OF EXPERTS

Not requested.

XIX. TRIAL

Bench trial is set for October 17, 2006.

- 9 -

XX. <u>ESTIMATE OF TRIAL TIME</u>

Plaintiff anticipates putting on her case in 1-2 trial days.

XXI. <u>CLAIMS OF PRIVILEGE OR WORK PRODUCT</u>

None.

XXII. <u>MISCELLANEOUS</u>

Plaintiff anticipates calling her treating medical providers via live video-conference link, with the Court's approval.

DATED: Honolulu, Hawaii, August 31, 2006.

PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNETTE MILLER, | ) | CIVIL NO. 04-00441 BMK |
| | ) | (In Admiralty) |
| Plaintiff, | ) | |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, in personam, and MOA VESSEL, in rem, | ) ) ) ) | |
| | ) | |
| Defendants. | ) | |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon filing, a true and correct copy of the foregoing document will be duly served by means of U. S. Mail, first class postage prepaid, to the following:

JOHN O'KANE, ESQ.
MARK S. HAMILTON, ESQ.
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, HI 96813

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

DATED: Honolulu, Hawaii, August 31, 2006.

                                                PATRICK F. McTERNAN
                                               HOWARD G. McPHERSON
                                               Attorneys for Plaintiff