JOHN O'KANE, JR.      4280-0
MARK S. HAMILTON   7768-0

FRAME FORMBY & O'KANE
Attorneys at Law, A Law Corporation
Four Waterfront Plaza, 500 Ala Moana Blvd., Ste. 575
Honolulu, Hawaii  96813
Telephone:  (808) 545-3043, Facsimile: (808) 545-3065
E-mail: FFOMaritime@aol.com

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC. ("MOA"),
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNETTE MILLER | ) | CIVIL NO. 04-00441 JMS-BMK |
| | ) | (Admiralty) |
| | ) | |
| Plaintiff, | ) | NOTICE OF HEARING; DEFENDANTS |
| | ) | MAUI OCEAN ACTIVITIES, INC., |
| | ) | THEODORE C. KING, BETH D. KING, |
| vs. | ) | AND MOA VESSEL'S MOTION TO |
| | ) | DISMISS FOR FAILURE TO JOIN AN |
| | ) | INDISPENSABLE PARTY; |
| MAUI OCEAN ACTIVITIES, INC. | ) | MEMORANDUM IN SUPPORT OF |
| ("MOA"), THEODORE C. KING, | ) | MOTION; AFFIDAVIT OF MARK S. |
| BETH D. KING, *In Personam* and | ) | HAMILTON; EXHIBITS "A"-"G"; |
| MOA VESSEL, *In Rem*, | ) | CERTIFICATE OF SERVICE |
| | ) | |
| | ) | HEARING: |
| Defendants. | ) | DATE: _____ |
| | ) | TIME: _____ |
| | ) | JUDGE: _____ |
| | ) | |
| | ) | Trial Date: May 23, 2005 |
| _____ | ) | |

## NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S MOTION TO DISMISS PLAINTIFF'S CLAIM FOR FAILURE TO JOIN AN INDISPENSABLE PARTY shall come before the Honorable _____ _____, Judge of the above-entitled Court, in his/her courtroom in the United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on _____, 2006, at _____ ___.M., or as soon thereafter as counsel can be heard.

DATED: Honolulu, Hawaii; September 7, 2006.

FRAME FORMBY & O'KANE

/s/ John O'Kane, Jr.
JOHN O'KANE, JR.
MARK S. HAMILTON
Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D.
KING, and MOA VESSEL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNETTE MILLER | ) | CIVIL NO. 04-00441 BMK |
| | ) | (Admiralty) |
| Plaintiff, | ) | |
| | ) | DEFENDANTS MAUI OCEAN |
| vs. | ) | ACTIVITIES, INC., THEODORE C. |
| | ) | KING, BETH D. KING, AND MOA |
| MAUI OCEAN ACTIVITIES, INC. | ) | VESSEL'S MOTION TO DISMISS |
| ("MOA"), THEODORE C. KING, | ) | PLAINTIFF'S CLAIM FOR |
| BETH D. KING, *In Personam* and | ) | FAILURE TO JOIN AN |
| MOA VESSEL, *In Rem*, | ) | INDISPENSABLE PARTY |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY

COMES NOW Defendants MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, and MOA VESSEL ("Defendants"), by and through their attorneys, Frame Formby & O'Kane, pursuant to the Federal Rules of Civil Procedure, Rules 7 and 19, and Rules 7.1-7.7 of the Local Rules for the United States District Court for the District of Hawaii, and hereby move this Honorable Court to dismiss Plaintiff JEANNETTE MILLER's claims against Defendants for failure to join an indispensable party.

This motion is based upon all pleadings, records and filings in the

above-referenced matter, the attached memoranda in support of this motion, and upon the affidavit and exhibits attached hereto.

DATED: Honolulu, Hawaii; September 7, 2006.

                                                FRAME FORMBY & O'KANE

                                                _____
                                                JOHN O'KANE, JR.
                                                MARK S. HAMILTON
                                                Attorneys for Defendants
                                                MAUI OCEAN ACTIVITIES, INC.,
                                                THEODORE C. KING, BETH D.
                                                KING, and MOA VESSEL

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing document will be hand-delivered to the following parties at the address given below on the 8th day of September, 2006:

PATRICK F. McTERNAN, ESQ.
HOWARD G. McPHERSON, ESQ.
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813

Attorneys for Plaintiff
JEANNETTE MILLER

DATED: Honolulu, Hawaii; September 7, 2006.

FRAME FORMBY & O'KANE

JOHN O'KANE, JR.
MARK S. HAMILTON
Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D.
KING, and MOA VESSEL