# EXHIBIT "B"

Case 1:04-cv-00441-BMK    Document 95-5    Filed 09/07/2006    Page 1 of 3

On August 28th 2003, I arrived at work to find the person I work with was sick and wouldn't be coming in. I called another employee, Mike, who said he would be in as soon as he could. I proceeded to fuel the boat and was preparing to launch it at the Kahui pier, when Jeanette arrived.

Jeanette normally does not work with the boat or ski's, but, since no one else was there I asked her to assist me in launching the boat.

I handed her the bow and stern lines and asked her to walk the boat off the trailer as I backed it down. I turned to get back in the truck and heard her fall right behind me. We were standing on the ramp 8'-10' from the waters edge. The ramp was very slippery. The algae having not been cleaned for many months



MIKE ARRIVED AT THAT TIME AND TOOK HER TO THE HOSPITAL AS SHE HAD SUSTAINED SUBSTANTIAL INJURY TO HER HEAD. SHE HAD STRONG PAIN IN HER EARS AND LEFT A POOL OF BLOOD ON THE SLIPPERY RAMP. SHE APPARENTLY HAD NO CHANCE TO STOP HER FALL AND LANDED ON HER FACE. OTHER BOATING PROFESSIONALS, MYSELF INCLUDED, HAS SLIPPED THERE RECENTLY. THE WALKWAY AROUND THE SLIPPERY AREA WAS BLOCKED DUE TO CONSTRUCTION ON THE PIER. THE FOLLOWING WEEK THE HARBOR MAINTANCE PEOPLE PRESSURE BLASTED THE RAMP CLEANING MOST OF THE ALGE

[signature]
DOUGLASS  RIPPERT  SEPT 03

10/08/03  WED 13:01  [TX/RX NO 7946]