# EXHIBIT "D"

FILED

Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS

PATRICK F. McTERNAN          4269-0
HOWARD G. McPHERSON          5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1433
Facsimile:  (808) 536-2073
E-mail:   cfskf@croninfried.com

Attorneys for Plaintiff

2005 AUG 24  AM 11: 36

L. HOOK CHEW, CLERK
THIRD CIRCUIT COURT
STATE OF HAWAII

## IN THE CIRCUIT COURT OF THE THIRD CIRCUIT

### STATE OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>            Plaintiff,<br><br>      vs.<br><br>STATE OF HAWAII; DOES 1-20<br>inclusive,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CIVIL NO. 05 - 1 - 0149K (Kona)<br>(Other Non-Vehicle Tort )<br><br>COMPLAINT; SUMMONS |

## COMPLAINT

Plaintiff JEANNETTE MILLER, for complaint against Defendant STATE

OF HAWAII, alleges as follows:

1.  Plaintiff JEANNETTE MILLER is a resident of California.

2.  Defendant STATE OF HAWAII maintains and operates small boat

harbors in Hawaii, including at Kailua-Kona.

PAID  AUG 2 5 2005

**EXHIBIT "D"**

3.    On August 27, 2003, Plaintiff was assisting with the launching of a motor vessel at the Kailua-Kona boat ramp, which is one of the facilities under the authority of the State of Hawaii.

4.    On information and belief, STATE OF HAWAII was negligent in the design and/or maintenance of the boat ramp, thereby producing an unreasonably dangerous condition.

5.    Plaintiff slipped and fell on her face on the boat ramp during the vessel launching operation and was seriously injured.

6.    Defendant STATE OF HAWAII's negligence was a proximate cause of Plaintiff's injury.

7.    As a result of the injury, Plaintiff has incurred past and future medical expenses in an amount to be determined at the time of trial.

8.    As a further result of her injury, Plaintiff has lost earnings and earning capacity in an amount to be determined at the time of  trial.

9.    As a further result of her injury, Plaintiff has suffered physical and emotional pain and suffering, which will continue, in an amount to be determined at the time of trial.

WHEREFORE, Plaintiff respectfully prays judgment against Defendant STATE OF HAWAII as follows:

A.    for general and special damages;

B.    for costs of suit herein; and

C.    for such other further relief as the Court deems just and proper.

2

DATED: Honolulu, Hawaii, August 22, 2005.


PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff