# MINUTES

FILED IN THE  
UNITED STATES DISTRICT COURT  
DISTRICT OF HAWAII

9/7/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CV 04-00441BMK |
| CASE NAME: | Jeannette Miller v. Maui Ocean Activities |
| ATTYS FOR PLA: | Howard G. McPherson |
| ATTYS FOR DEFT: | John O'Kane, Mark S. Hamilton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 9/7/2006 | TIME: | 9:03 - 9:25 |

COURT ACTION:   EP: Final Pretrial Conference - 2 day trial.  Court may order mediation with this case and the state case (05-1-0149K).

Submitted by Richlyn Young, courtroom manager