IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| JEANNETTE MILLER | ) | CIVIL NO. 04-00441 BMK |
| | ) | (Admiralty) |
| Plaintiff, | ) | |
| | ) | ORDER GRANTING |
| vs. | ) | DEFENDANTS MAUI OCEAN |
| | ) | ACTIVITIES, INC., THEODORE C. |
| MAUI OCEAN ACTIVITIES, INC. | ) | KING, BETH D. KING, AND MOA |
| ("MOA"), THEODORE C. KING, | ) | VESSEL'S EX PARTE |
| BETH D. KING, *In Personam* and | ) | APPLICATION TO SHORTEN |
| MOA VESSEL, *In Rem*, | ) | TIME FOR HEARING ON MOTION |
| | ) | TO DISMISS FOR FAILURE TO |
| Defendants. | ) | JOIN AN INDISPENSABLE PARTY |
| _____ | ) | |

ORDER GRANTING DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY

Upon review of DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY and the Affidavit of counsel attached thereto, and good cause appearing therefor;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that said DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S EX PARTE APPLICATION TO

SHORTEN TIME FOR HEARING ON MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY may be heard before the Honorable Barry M. Kurren, Judge of the above-entitled Court, in his courtroom at 300 Ala Moana Boulevard, Honolulu, Hawaii, at 2:00 o'clock, p.m., on September 25, 2006, or as soon thereafter as counsel can be heard.



/s/ Barry M. Kurren
United States Magistrate Judge
Dated: September 11, 2006

---

ORDER GRANTING DEFENDANTS MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, AND MOA VESSEL'S EX PARTE APPLICATION TO SHORTEN TIME FOR HEARING ON MOTION TO DISMISS FOR FAILURE TO JOIN AN INDISPENSABLE PARTY; *Jeannette Miller v. Maui Ocean Activities, Inc., et al.,* Civil No. 04-00441 BMK