**ORIGINAL**

Of Counsel:
CRONIN, FRIED, SEKIYA,
  KEKINA & FAIRBANKS

PATRICK F. McTERNAN      4269-0
HOWARD G. McPHERSON   5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii 96813
Telephone: (808) 524-1433
Facsimile: (808) 536-2073
E-mail: cfskf@croninfried.com

Attorneys for Plaintiff

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 20 2006

at ___ o'clock and ___ min. P.M.
SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>MAUI OCEAN ACTIVITIES, INC.,<br>THEODORE C. KING, BETH D.<br>KING, in personam, and MOA<br>VESSEL, in rem,<br><br>　　　　Defendants. | CIVIL NO. 04-00441 BMK<br>(In Admiralty)<br><br>PLAINTIFF'S RESPONSE TO<br>DEFENDANTS' MOTION TO<br>DISMISS; CERTIFICATE OF<br>SERVICE<br><br>HEARING<br>DATE:　September 25, 2006<br>TIME:　2:00 p.m.<br>JUDGE: Hon. Barry M. Kurren<br><br>Trial: October 17, 2006<br>Judge: Hon. Barry M. Kurren |

## PLAINTIFF'S RESPONSE TO DEFENDANTS' MOTION TO DISMISS

The parties have reached an agreement. In exchange for Defendants funding Plaintiff's needed medical care on an immediate basis, and other consideration, Plaintiff has agreed to pursue all of her claims arising from the subject accident in the pending parallel State court lawsuit.

The parties also respectfully ask this Court to stay this case, as opposed to dismissing it, so that the Magistrate Judges may remain involved as mediators.

DATED: Honolulu, Hawaii, September 20, 2006.

                                Respectfully submitted,

                                PATRICK F. McTERNAN
                                HOWARD G. McPHERSON
                                Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>        Plaintiff,<br><br>vs.<br><br>MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, in personam, and MOA VESSEL, in rem,<br><br>        Defendants. | ) CIVIL NO. 04-00441 BMK<br>) (In Admiralty)<br>)<br>) CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that upon filing, a true and correct copy of the foregoing document will be duly served by means of U.S. Mail, first class postage prepaid to the following:

JOHN O'KANE, ESQ.
MARK S. HAMILTON, ESQ.
Frame Formby & O'Kane
Four Waterfront Plaza
500 Ala Moana Blvd., Suite 575
Honolulu, HI 96813

Attorneys for Defendants
MAUI OCEAN ACTIVITIES, INC.,
THEODORE C. KING, BETH D. KING,
and MOA VESSEL

DATED: Honolulu, Hawaii, September 20, 2006.

                                      PATRICK F. McTERNAN
                                      HOWARD G. McPHERSON
                                      Attorneys for Plaintiff