## Cronin, Fried, Sekiya, Kekina & Fairbanks
*Attorneys at Law, A Law Corporation*

Paul F. Cronin
Gerald Y. Sekiya
David L. Fairbanks
Stuart A. Kaneko
Keith K. H. Young
Patrick F. McTernan
Sylvia J. Luke
Denise K. H. Kawatachi

L. Richard Fried, Jr.
Wayne K. Kekina
John D. Thomas, Jr.
Bert S. Sakuda
Gregory L. Lui-Kwan
Geoffrey K. S. Komeya
Clarence S. K. Kekina
Howard G. McPherson
Brian T. Toma

Davies Pacific Center, Suite 600
841 Bishop Street
Honolulu, Hawaii 96813-3962

Telephone (808) 524-1433
Toll Free 1 (800) 227-8601
Facsimile (808) 536-2073
E-mail cfskf@croninfried.com
www.croninfried.com

September 19, 2006

<u>HAND DELIVERY</u>

Honorable Barry M. Kurren
United States District Court
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

Re:   *Miller v. Maui Ocean Activities, Inc.*, et al.
      Civil No. 04-00441 BMK

Dear Judge Kurren:

The parties have agreed to go forward in the state court lawsuit. The current federal Defendants will be added to the state court case, and will waive any statute of limitations defense.

Defendant Maui Ocean Activities has agreed to fund the needed medical care for Plaintiff Miller, so that she can receive the care she needs on an immediate basis.

We would like to stay the federal case, as opposed to dismissing it, so that Your Honor and/or Judge Kobayashi can remain involved as mediators.

We would like to discuss this with the Court at the time currently set for hearing Defendants' Motion to Dismiss, September 25, 2006, which is now mooted by the agreement.

Respectfully,

Howard G. McPherson

HGM:dmp/knk
cc:   Jeannette Miller
      John O'Kane Jr., Esq.
      Mark M. Nomura, Esq.
      Peter C. K. Fong, Esq.