# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

09/25/2006  4:30 pm

SUE BEITIA, CLERK

CASE NUMBER:     CV 04-00441BMK

CASE NAME:       Jeannette Miller v. Maui Ocean Activities

ATTYS FOR PLA:   Howard G. McPherson

ATTYS FOR DEFT:  Mark S. Hamilton by phone

INTERPRETER:

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 09/25/2006 | TIME: | 9:10 - 9:14 |

COURT ACTION:  EP: Status Conference Re Stay - case stayed pending resolution of related state court case.  Trial date/deadlines vacated.  Status Conference Following Resolution of State Court Case is set for 4/2/07 @ 9 a.m., BMK.

Submitted by Richlyn W. Young, courtroom manager