# MINUTES

| | |
|---|---|
| CASE NUMBER: | CIVIL NO. 04-00441BMK |
| CASE NAME: | Jeannette Miller vs. Maui Ocean Activities |
| ATTYS FOR PLA: | Patrick F. McTernan<br>Howard G. McPherson |
| ATTYS FOR DEFT: | Mark S. Hamilton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Leslie E. Kobayashi | REPORTER: | In Chambers-No Record |
| DATE: | 06/8/2007 | TIME: | 2:00-4:00 |

COURT ACTION:  EP: Global Settlement Conference held.  Also present, Counsel for State Action: Peter C.K. Fong, Keith K. Hiraoka and Mark M. Nomura.

Submitted by: Warren N. Nakamura, Courtroom Manager