# MINUTES

| | |
|---|---|
| CASE NUMBER: | CV 04-00441BMK |
| CASE NAME: | Jeannette Miller v. Maui Ocean Activities |
| ATTYS FOR PLA: | Howard G. McPherson |
| ATTYS FOR DEFT: | Mark S. Hamilton |
| INTERPRETER: | |

| | | | |
|---|---|---|---|
| JUDGE: | Barry M. Kurren | REPORTER: | C6 no record |
| DATE: | 07/09/2007 | TIME: | 9:03 - 9:08 |

COURT ACTION:  EP: Status Conference Following Resolution of State Court Case continued to 1/14/2008 @ 9 a.m. before Magistrate Judge Barry M. Kurren.  State case has not yet been set for trial.

Submitted by Richlyn W. Young, courtroom manager