ORIGINAL

Of Counsel:
CRONIN, FRIED, SEKIYA,
 KEKINA & FAIRBANKS

PATRICK F. McTERNAN          4269-0
HOWARD G. McPHERSON      5582-0
600 Davies Pacific Center
841 Bishop Street
Honolulu, Hawaii  96813
Telephone:  (808) 524-1433
Facsimile:  (808) 536-2073
E-mail:    cfskf@croninfried.com

Attorneys for Plaintiff
JEANNETTE MILLER

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JAN 28 2008
at 8 o'clock and 50 min. A.M.
SUE BEITIA, CLERK

LODGED
JAN 23 2008
10:39 AM
CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JEANNETTE MILLER,<br><br>        Plaintiff,<br><br>    vs.<br><br>MAUI OCEAN ACTIVITIES, INC., THEODORE C. KING, BETH D. KING, in personam, and MOA VESSEL, in rem,<br><br>        Defendants. | CIVIL NO. 04-00441 BMK<br>(In Admiralty)<br><br>STIPULATION FOR DISMISSAL WITH PREJUDICE; ORDER |

## STIPULATION FOR DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, all parties appearing in this action hereby stipulate to dismissal of all claims with prejudice. All parties are to bear their own fees and costs.

SO STIPULATED:

_____
PATRICK F. McTERNAN
HOWARD G. McPHERSON
Attorneys for Plaintiff
JEANNETTE MILLER

_____
ROBERT G. FRAME
MARK S. HAMILTON
Attorney for Defendants MAUI OCEAN
ACTIVITIES, INC., THEODORE C. KING,
BETH D. KING, and MOA VESSEL

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

JEANNETTE MILLER vs. MAUI OCEAN ACTIVITIES, INC.;
CIVIL NO. 04-00441 BMK; STIPULATION FOR DISMISSAL WITH
PREJUDICE

2